

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00150-CR

Billy **BENAVIDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 09-CRD-122
Honorable J. Manuel Banales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 7, 2016.

_____
Rebeca C. Martinez, Justice